UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CHARLENE GULTNEY | § | Case No. 10-55583 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2012            By: Gregg Szilagyi
                                         Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHARLENE GULTNEY § Case No. 10-55583
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 9,078.85 |
| and approved disbursements of | $ 3,275.81 |
| leaving a balance on hand of[1] | $ 5,803.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,334.06 | $ 0.00 | $ 1,334.06 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,334.06 |
| Remaining Balance | | | $ 4,468.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,806.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 4,951.19 | $ 0.00 | $ 1,727.64 |
| 2 | Chase Bank USA, N.A. | $ 1,564.61 | $ 0.00 | $ 545.95 |
| 3 | Chase Bank USA, N.A. | $ 4,227.37 | $ 0.00 | $ 1,475.08 |
| 4 | GE Money Bank | $ 748.19 | $ 0.00 | $ 261.07 |
| 5 | FIA Card Services, NA/Bank of America | $ 1,315.40 | $ 0.00 | $ 458.99 |

Total to be paid to timely general unsecured creditors    $ 4,468.73

Remaining Balance    $ 0.25

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE

Prepared By: <u>Gregg Szilagyi</u>

                                                                                        Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-55583-JBS
Charlene Gultney                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2            Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
db         +Charlene Gultney,    8203 S Marquette Ave,    Chicago, IL 60617-2050
16557235   +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16557236   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
             Norcross, GA 30091)
17319255    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16557237   +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
16557238   +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16557239   +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
             Kansas City, MO 64195-0507
16557240   +ER Solutions,    Po Box 9004,   Renton, WA 98057-9004
16557242   +RAB, Inc,    CCSI,   PO Box 34119,   Memphis, TN 38184-0119
16557244   +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
             Kansas City, MO 64195-0507
16557243   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16557245   +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17247464    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2012 02:47:55
             American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
17628412    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2012 01:48:09
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
17598420    E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2012 01:50:46     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16557241   +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2012 01:50:46     Gemb/walmart Dc,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: gbeemster             Page 2 of 2                   Date Rcvd: Aug 17, 2012
                               Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2012 at the address(es) listed below:

        Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
        Neal  Feld    on behalf of Debtor Charlene Gultney nealfeld@yahoo.com,  nealfeldlaw@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3