# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHARLENE GULTNEY | § | Case No. 10-55583 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on       . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Gregg Szilagyi_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GULTNEY, CHARLENE |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Citibank Na<br>Attn.: Centralized Bankruptcy<br>Po B |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | | | | | |
| 2 | Chase Bank USA, N.A. | | | | | |
| 3 | Chase Bank USA, N.A. | | | | | |
| | Creditor #: 1 Bank Of America Attn: Bankruptcy NC4-105-03-14 | | | | | |
| | Creditor #: 10 Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 11 Sears/cbsd Citicard Credit Srvs/Centralized B | | | | | |
| | Creditor #: 12 Tnb-visa Po Box 560284 Dallas, TX 75356 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Capital One, N.a. Bankruptcy Dept Po Box 5155 | | | | | |
| | Creditor #: 3 Chase Bank Usa, Na Po Box 15298 Wilmington, DE | | | | | |
| | Creditor #: 4 Chase Bank Usa, Na Po Box 15298 Wilmington, DE | | | | | |
| | Creditor #: 5 Citibank Na Attn.: Centralized Bankruptcy Po B | | | | | |
| | Creditor #: 6 Citibank Na Attn.: Centralized Bankruptcy Po B | | | | | |
| | Creditor #: 7 Citibank Usa Citicard Credit Srvs/Centralized | | | | | |
| | Creditor #: 8 ER Solutions Po Box 9004 Renton, WA 98057 | | | | | |
| | Creditor #: 9 Gemb/walmart Dc Attention: Bankruptcy Po Box 1 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | FIA Card Services, NA/Bank of America | | | | | |
| 4 | GE Money Bank | | | | | |
| | RAB, Inc CCSI PO Box 34119 Memphis, TN 38184 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-55583 | JBS | Judge: | Jack B. Schmetterer |
|---|---|---|---|---|
| Case Name: | CHARLENE GULTNEY | | | |
| For Period Ending: 01/16/13 | | | | |

| Trustee Name: | Gregg Szilagyi |
|---|---|
| Date Filed (f) or Converted (c): | 12/16/10 (f) |
| 341(a) Meeting Date: | 02/07/11 |
| Claims Bar Date: | 08/03/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residential Property Location: 8203 S Marquette Ave, Chicago | 60,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Cash | 50.00 | 50.00 | | 0.00 | 50.00 |
| 3 | Citibank - Checking | 30.00 | 30.00 | | 0.00 | 30.00 |
| 4 | Household Goods | 750.00 | 750.00 | | 0.00 | 750.00 |
| 5 | Clothing | 350.00 | 350.00 | | 0.00 | 350.00 |
| 6 | Jewelry | 50.00 | 50.00 | | 0.00 | 50.00 |
| 7 | Qualified 403 (b) Plan | 8,000.00 | 8,000.00 | | 0.00 | 8,000.00 |
| 8 | 2002 Chevy Cavalier 4D Sedan | 2,350.00 | 2,350.00 | | 0.00 | 2,350.00 |
| 9 | TAX REFUND (u) | Unknown | 0.00 | | 9,078.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.90 | Unknown |

TOTALS (Excluding Unknown Values) | $71,580.00 | $11,580.00 | | $9,078.90 |

Gross Value of Remaining Assets
$11,580.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): / /

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-55583
Case Name: CHARLENE GULTNEY
Taxpayer ID No: XX-XXX9548
For Period Ending: 01/16/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9240 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/11 | 9 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 9,078.00 | | 9,078.00 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,078.07 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,078.14 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,078.21 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,078.29 |
| 09/15/11 | | Transfer to Acct#XXXXXX9392 | Transfer of Funds | 9999-000 | | 3,238.00 | 5,840.29 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 5,840.35 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,840.40 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.44 | 5,832.96 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,833.01 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.19 | 5,825.82 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,825.87 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.18 | 5,818.69 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,818.74 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.63 | 5,811.11 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,811.16 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 6.91 | 5,804.25 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,804.30 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,804.35 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,804.40 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,804.45 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,804.50 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.05 | | 5,804.55 |
| 08/30/12 | | Transfer to Acct#XXXXXX5500 | Transfer of Funds | 9999-000 | | 5,804.55 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,078.90 | 9,078.90 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,042.55 | |
| Subtotal | 9,078.90 | 36.35 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 9,078.90 | 36.35 | |
| Page Subtotals | 9,078.90 | 9,078.90 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-55583
Case Name: CHARLENE GULTNEY
Taxpayer ID No: XX-XXX9548
For Period Ending: 01/16/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9392 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/11 | | Transfer from Acct#XXXXXX9240 | Transfer of Funds | 9999-000 | 3,238.00 | | 3,238.00 |
| 09/15/11 | 001001 | GULTNEY, CHARLENE<br>8203 S MARQUETTE AVE<br>CHICAGO, IL 60617 | PAYMENT OF EXEMPTION | 8100-002 | | 3,238.00 | 0.00 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1.46 | -1.46 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,238.00 | 3,239.46 | -1.46 |
| Less: Bank Transfers/CD's | 3,238.00 | 0.00 | |
| Subtotal | 0.00 | 3,239.46 | |
| Less: Payments to Debtors | 0.00 | 3,238.00 | |
| Net | 0.00 | 1.46 | |

Page Subtotals    3,238.00    3,239.46

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 10-55583
Case Name: CHARLENE GULTNEY
Taxpayer ID No: XX-XXX9548
For Period Ending: 01/16/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5500 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9240 | Transfer of Funds | 9999-000 | 5,804.55 | | 5,804.55 |
| 10/02/12 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 1,334.09 | 4,470.46 |
| 10/02/12 | 001003 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | (Final distribution to Claim 1, representing a Payment of 34.90% per court order.) | 7100-000 | | 1,727.75 | 2,742.71 |
| 10/02/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 2, representing a Payment of 34.90% per court order.) | 7100-000 | | 545.98 | 2,196.73 |
| 10/02/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 3, representing a Payment of 34.90% per court order.) | 7100-000 | | 1,475.16 | 721.57 |
| 10/02/12 | 001006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 4, representing a Payment of 34.90% per court order.) | 7100-000 | | 261.09 | 460.48 |
| 10/02/12 | 001007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (Final distribution to Claim 5, representing a Payment of 34.90% per court order.) | 7100-000 | | 459.02 | 1.46 |
| | | | Page Subtotals | | 5,804.55 | 5,803.09 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 10-55583
Case Name: CHARLENE GULTNEY
Taxpayer ID No: XX-XXX9548
For Period Ending: 01/16/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5500 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 5,804.55 | 5,803.09 | 1.46 |
| | | | Less: Bank Transfers/CD's | | 5,804.55 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,803.09 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 5,803.09 | |

| | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | MONEY MARKET ACCOUNT - XXXXXX9240 | 9,078.90 | 36.35 | 0.00 |
| | CHECKING ACCOUNT - XXXXXX9392 | 0.00 | 1.46 | -1.46 |
| | Checking Acccount - XXXXXX5500 | 0.00 | 5,803.09 | 1.46 |
| | | 9,078.90 | 5,840.90 | 0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:  0.00
Total Net Deposits:  9,078.90
Total Gross Receipts:  9,078.90

Page Subtotals    0.00    0.00